478 A.2d 98

Commonwealth v. Prisk, Appellant.

Submitted March 19, 1984. Kimberly Hamilton, Public Defender, for appellant; Robert A. Mix, District Attorney, for appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.